UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    TANYA SMITH, | : | |
|       Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
|    JACK N. ZAHAROPOULOS, | : | |
|    CHAPTER 13 TRUSTEE, | : | |
|       Movant | : | |
| | : | |
|    vs. | : | CASE NO. 5:25-bk-01952-MJC |
| | : | |
|    TANYA SMITH | : | |
|       Respondent | : | |

## AMENDED TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE FOR FAILURE TO OBTAIN CREDIT COUNSELING

AND NOW, on this 22nd day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal with prejudice of the above-captioned Chapter 13 bankruptcy case for the following reasons:

1. On July 15, 2025, Debtor filed a Petition under Chapter 13 in the Middle District of Pennsylvania.[1]

2. Debtor did not comply with the credit counseling requirements of §§ 109(h) and 521(b), and therefore, does not qualify as a debtor under the Bankruptcy Code.

3. In addition to the Petition filed in this case, Debtor filed Petitions docketed to the following cases:

   a. 24-74701 (EDNY) – Filed on December 12, 2024 – Dismissed on January 17, 2025 for Failure to make plan payments **with prejudice** for 180 days. Accordingly, Debtor was barred from filing a bankruptcy starting January 17,

---
[1] The Debtor filed this case in a period in which she was barred from filing a bankruptcy petition by the Bankruptcy Court for the Eastern District of New York.

2025 and running through July 16, 2025.

    b. 24-73037(EDNY) – Filed on August 5, 2024 – Dismissed on September 20, 2024 for other reason.

    c. 24-71340 (EDNY) – Filed April 5, 2024 – Dismissed on May 21, 2024 for other reason.

4. Debtor was barred from filing a bankruptcy petition for a period of 180 days by the Bankruptcy Court for the Eastern District of New York for the period of January 17, 2025 through July 16, 2025. Debtor filed this current bankruptcy during that barred time.

5. Movant believes, and therefore avers, that under the totality of the circumstances, Debtor demonstrated substantial abuse and a lack of good faith. She has filed three (3) prior Chapter 13 Petitions within a one-year period and, most notably, she has filed this current case during a period when she was ordered not to file a bankruptcy petition by another Bankruptcy Court.

WHEREFORE, your Trustee respectfully requests that this Honorable Court:

    a. dismiss this case in accordance with §§ 109(h) and 521(b); and

    b. dismiss this case with prejudice pursuant to §§ 349(a) and 1307(c) with regard to Debtor filing a subsequent Petition under the Bankruptcy Code in this District without prior leave of this Court for a period of **365 days** from the entry of an Order of Court.

Respectfully submitted:

/s/ Agatha R. McHale, Esquire  
Attorney ID: 47613  
Attorney for Trustee  
Jack N. Zaharopoulos, Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    TANYA SMITH, | : | |
|       Debtor | : | |
| | : | |
| | : | CHAPTER 13 |
|    JACK N. ZAHAROPOULOS, | : | |
|    CHAPTER 13 TRUSTEE, | : | |
|       Movant | : | |
| | : | |
|       vs. | : | CASE NO. 5:25-bk-01952-MJC |
| | : | |
|    TANYA SMITH | : | |
|       Respondent | : | |

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this District for a period of **365 days** from the date of this Order without prior Court Order.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    TANYA SMITH, : | |
|       Debtor : | |
| : | |
| : | CHAPTER 13 |
|    JACK N. ZAHAROPOULOS, : | |
|    CHAPTER 13 TRUSTEE, : | |
|       Movant : | |
| : | |
|       vs. : | CASE NO. 5:25-bk-01952-MJC |
| : | |
|    TANYA SMITH : | |
|       Respondent : | |

## **NOTICE**

    NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss your Chapter 13 bankruptcy filing.

    If you object to the relief requested, you must file a written objection/response on or before **August 12, 2025**, with the Clerk of Bankruptcy Court:

    Max Rosenn U.S. Courthouse
    197 South Main Street, Room 274
    Wilkes-Barre, PA 18701

and serve a copy on the Chapter 13 Trustee for the Middle District of Pennsylvania:

    Jack N. Zaharopoulos
    Office of the Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036.

    If no objections are filed, an order may be entered dismissing the case.

                                            Respectfully submitted,

Date: July 22, 2025                           /s/ Agatha R. McHale, Esquire
                                                    Attorney ID: 47613
                                                    Attorney for Trustee
                                                    Jack N. Zaharopoulos,
                                                    Standing Chapter 13 Trustee
                                                    8125 Adams Drive, Suite A
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    TANYA SMITH, : | |
|       Debtor : | |
| : | |
| : | CHAPTER 13 |
|    JACK N. ZAHAROPOULOS, : | |
|    CHAPTER 13 TRUSTEE, : | |
|       Movant : | |
| : | |
|       vs. : | CASE NO. 5:25-bk-01952-MJC |
| : | |
|    TANYA SMITH : | |
|       Respondent : | |

## **CERTIFICATE OF SERVICE**

AND NOW, this 22nd day of July 2025, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***
Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***
Tanya Smith
415 Underfill Drive
Tamiment, PA 18371

                                                  /s/ Ashley Schott
                                                  Office of Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee