FILED
**July 22, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

July 17, 2025

Tanya Smith
Case #5-25-01952

To whom it may concern,

I am requesting to withdraw the chapter 13 filing submitted on July 15, 2025
Thank you.

Kindly,

*Tanya Smith*
7/18/25