FILED
**July 22, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

July 17, 2025

To whom it may concern,

I am requesting to have the filing fee regarding case #5-25-01952 waived. I have requested to withdraw this petition. Thank you.

Kindly,

Tanya Scott
7/18/25

Case 5:25-bk-01952-MJC    Doc 22    Filed 07/22/25    Entered 07/22/25 14:46:16    Desc
Main Document    Page 1 of 1