UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 25-01952
CHAPTER 13

Tanya Smith,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Robert Shearer
        Robert Shearer
        Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on July 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TANYA SMITH
415 UNDERHILL DR.
TAMIMENT, PA 18371

And via electronic mail to:

JACK N ZAHAROPOULOS
STANDING CHAPTER 13,(TRUSTEE,),8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE,1501 N. 6TH ST
HARRISBURG, PA 17102

                                            By: /s/ Robert Shearer
                                            Robert Shearer
                                            Email: rshearer@raslg.com