August 4, 2025

Re: Case NO: 5:25-bk-01952 MJC
Tanya Smith

## Order

I am requesting to grant a motion to withdraw and or dismiss my bankruptcy case filed July 15, 2025.

In an attempt to save my home, I was given the advice to file chapter 13 from a company, which I later found to be a scam. I paid for the service of completing the paperwork. Having little time, I did not thoroughly read through but rushed to submit the filing. With that the file was not completed to the best of my knowledge. It is never my intent to leave off or give incorrect information.

Please accept this note as my request to withdraw this filing.