| In re: | Case No. 25-01952-MJC |
|---|---|
| Tanya Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2
Date Rcvd: Aug 22, 2025         Form ID: pdf010          Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: scopiague@aol.com | Aug 22 2025 18:36:00 | Tanya Smith, 415 Underhill Dr., Tamiment, PA 18371-9500 |
| 5728477 | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 18:36:00 | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5735096 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 22 2025 18:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5729977 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 22 2025 18:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5726725 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5726241 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 22 2025 18:36:00 | Select Portfolio Servicing, Inc, P.O Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor JPMorgan Chase Bank National Association rshearer@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Tanya Smith, | : | Case No. 5:25-bk-01952-MJC |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the United States Trustee's Motion to Dismiss Case with Prejudice, Dkt. # 12 ("Motion"), no responses having been filed thereto, after a hearing held on August 21, 2025, the Debtor having failed to appear, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy case be and is hereby **DISMISSED WITH PREJUDICE**, it is further

**ORDERED** that Debtor is hereby **BARRED** from filing another bankruptcy case in this District **through and including February 17, 2026**; and it is further

**ORDERED** that the Clerk of Court is directed to CLOSE this case and refuse to accept any future attempted bankruptcy petition filings by the Debtor during the injunction period, without a prior order of the Court authorizing any subsequent bankruptcy case filing.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 22, 2025