United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01952-MJC |
| Tanya Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2
Date Rcvd: Aug 25, 2025            Form ID: pdf010            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: scopiague@aol.com | Aug 25 2025 18:48:00 | Tanya Smith, 415 Underhill Dr., Tamiment, PA 18371-9500 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor JPMorgan Chase Bank National Association rshearer@raslg.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MAX ROSENN U.S. COURTHOUSE**
**197 South Main Street, Room 274**
**Wilkes-Barre, PA 18701**
**(570) 831-2500**

**Seth F. Eisenberg**
**Clerk**



**SYLVIA H. RAMBO US COURTHOUSE**
**1501 N. 6TH Street**
**Harrisburg, PA 17102**
**(717) 901-2800**

**D. Troy Sellars**
**Chief Deputy Clerk**

August 25, 2025

Tanya Smith
415 Underhill Drive
Tamiment, PA 18371

        In Re:      Tanya Smith
        Case No.:  5:25-bk-01952-MJC
        Chapter:   13

Dear Debtor:

Please be advised that even though your case has been dismissed, you remain responsible for the unpaid filing fees.

    **Your unpaid filing fees total: $ 213.00**

You can pay these fees using any of the following methods:

- On-line using a debit card (https://www.pamb.uscourts.gov/online-fee-payments);
- a cashier's check; or
- a money order.

Cashier's checks and money orders must be made payable to the "Clerk, United States Bankruptcy Court".

The Clerk's office does not accept cash, personal checks from debtors, or third-party checks.

Please promptly submit your payment.

Sincerely,

Nadine Petrina

Financial Administrator